UNITED STATES of America,
Plaintiff—Appellee,

v.

James Louis RIDDICK, a/k/a Fishman,
Defendant—Appellant.

No. 09–6226.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 19, 2009.

James Louis Riddick, Appellant Pro Se.
Anne Margaret Hayes, Rudolf A. Renfer,
Jr., Assistant United States Attorneys, Ra-
leigh, North Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James Louis Riddick appeals the district
court's order denying his motion for reduc-
tion of sentence pursuant to 18 U.S.C.
§ 3582(c) (2006). We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *United States v.
Riddick,* No. 2:95–cr–00014–BO–4
(E.D.N.C. Jan. 30, 2009). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*